UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAIRE POOLE,<br>    Plaintiff,<br>v.<br>MERRICK B. GARLAND,<br>    Defendant. | Case No. 20-cv-09379-PJH<br><br>**ORDER**<br>Re: Dkt. No. 15 |

Before the court is defendants' motion to dismiss plaintiff's complaint. Dkt. 15. Plaintiff filed a first amended complaint in response to the motion to dismiss. Defendants acknowledged the amendment in a "reply" brief and noted that the amendment mooted their motion to dismiss. Accordingly, defendants' motion is TERMINATED, and the hearing set for May 13, 2021, is accordingly VACATED. The remaining defendant may of course file a new motion to dismiss or other response to plaintiff's first amended complaint.

**IT IS SO ORDERED.**

Dated: April 30, 2021

/s/ Phyllis J. Hamilton
PHYLLIS J. HAMILTON
United States District Judge