UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAIRE POOLE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MERRICK B GARLAND,<br><br>　　　　　Defendant. | Case No. 20-cv-09379-PJH<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO DISMISS**<br><br>Re: Dkt. No. 20 |

　　　　Defendant's motion to dismiss plaintiff's first amended complaint came on for hearing before this court on June 10, 2021.  Plaintiff appeared through her counsel, Michael Hawbecker.  Defendant appeared through his counsel, Kenneth Brakebill.  Having read the papers filed by the parties and carefully considered their arguments and the relevant legal authority, and good cause appearing, the court hereby **GRANTS** defendant's motion for the reasons stated at the hearing.

　　　　The court allows plaintiff 28 days from the date of this order to file a second amended complaint correcting the deficiencies discussed at the hearing.  No new claims or parties may be added without the agreement of defendant or leave of court.  The court allows defendant 28 days to respond to plaintiff's second amended complaint.

　　　　**IT IS SO ORDERED.**

Dated: June 11, 2021

*/s/ Phyllis J. Hamilton*
PHYLLIS J. HAMILTON
United States District Judge